IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>      vs. )<br>ELIZABETH FLOOD, )<br>            Defendant. ) | 8:06CR59<br><br>ORDER |

Defendant Elizabeth Flood appeared before the court on Wednesday, April 17, 2013 on a Second Amended Petition for Offender Under Supervision [103]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through her counsel, the defendant waived her right to a probable cause hearing on the Petition for Offender Under Supervision [103] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger, the court finds the defendant has failed to carry her burden and that she should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **August 1, 2013 at 9:00 a.m.** Defendant must be present in person.

2. The defendant, Elizabeth Flood, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 17th day of April, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge