IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ELIZABETH FLOOD, Defendant. | CASE NO. 8:06CR59 ORDER |

This matter is before the Court on the government's Motion for Dismissal of Petition for Offender under Supervision (Filing No. 138). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 118) without prejudice against the above-named Defendant.

IT IS ORDERED that:

1. The government's Motion for Dismissal of Petition for Offender under Supervision (Filing No. 138) is granted;

2. The Petition for Warrant or Summons for Offender Under Supervision (Filing No. 118) is dismissed without prejudice;

3. The hearing scheduled for September 17, 2015, is cancelled; and

4. The defendant's previous imposed conditions of her supervision remain in effect, and that she continue on with the remaining term of her supervised release.

DATED this 14th day of September, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge