IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

ELIZABETH FLOOD,

                    Defendant.

8:06CR59

ORDER

          This matter is before the Court on plaintiff's motion for dismissal without prejudice (Filing

No. 163) of the Petition for Offender Under Supervision. The Court finds the motion should be

granted.   Accordingly,

          IT IS ORDERED that the motion for dismissal is granted.

          Dated this 7th day of March, 2018.

                                        BY THE COURT:


                                        s/Laurie Smith Camp
                                        LAURIE SMITH-CAMP
                                        United States Chief Court Judge